# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-2030
LT Case No. 2023-CA-003881

_____

B and J UNIVERSAL, LLC, ATM
FLOORING SERVICES,
INCORPORATED, FLS COAST
CORPORATION f/k/a EARTH
FLOORING CORPORATION,
FRANCO FLOORING
CORPORATION, and FLOORS N
TILE, LLC,

     Appellants,

     v.

JUST FLOORS, INCORPORATED, A
and B FLOOR COVERING
SOLUTIONS, LLC, DOA TILE
FLOORING, LLC, ECJ
CONSTRUCTION, INCORPORATED,
ERIK JUDSON TILE, LLC, GS
SUNSHINE FLOORING, LLC,
MANIERI FLOORING, LLC, and
SCHLUTER SYSTEMS, LP,

     Appellees.

_____

Nonfinal appeal from the Circuit Court for Seminole County.
Donna M. Goerner, Judge.

Kevin D. Franz and Nicholas R. Consalvo, of Boyd & Jenerette,
P.A., Boca Raton, for Appellants.

No Appearance for Appellees.

July 2, 2026

PER CURIAM.

AFFIRMED.

JAY, C.J., and WALLIS and KILBANE, JJ., concur.

------

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

------